UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA GALVAN, et al., | 1:11-cv-02079 AWI SKO |
| Plaintiffs, | |
| v. | **NEW CASE NUMBER** |
| | 1:11-cv-02079 AWI MJS |
| M.D. REBECCA J. BROCK, et al., | |
| Defendants. | ORDER OF RECUSAL |

    It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. 455 is appropriate in this matter.

    IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

    IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another magistrate judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

    IT IS FURTHER ORDERED that this case is reassigned to Magistrate Judge Michael J. Seng.

1

1 All future pleadings filed with the court shall use the following case number:

**1:11-cv-02079 AWI MJS**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

**Dated:   December 19, 2011**        /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

2