BENJAMIN B. WAGNER
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA GALVAN, SOPHIA ARCE, a minor,<br><br>Plaintiffs,<br><br>v.<br><br>REBECCA J. BROCK, M.D., DOCTORS MEDICAL CENTER OF MODESTO, MODESTO ADVANCED IMAGING CENTER, GOLDEN VALLEY HEALTH CENTERS, DOES 1 to 50,<br><br>Defendants. | Case No. 1:11-cv-02079 AWI-MJS<br><br>**STIPULATION FOR SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT**; |

Plaintiffs Agueda Galvan and Sophia Arce, a minor ("Plaintiffs"), and Defendant United States of America ("United States") hereby stipulate, by and through the undersigned counsel, that the United States is hereby substituted as Defendant in this action, in place of Defendants Rebecca J. Brock, M.D. and Golden Valley Health Centers. Plaintiffs and the United States agree to this substitution because the Complaint alleges, among others, a tort claim based on claimed medical malpractice, and under 28 U.S.C. § 2679 and 42 U.S.C. § 233, and the United States is the proper defendant in such an action. Accordingly, the parties stipulate and agree that the United States is hereby substituted as defendant, in place of Rebecca J. Brock, M.D. and

///

///

1  Golden Valley Health Centers, and base it on the above-stated good cause. The parties request
2  the court to endorse this stipulation by way of formal order.

3                                                              Respectfully submitted,

4  Dated: May 11, 2012                              BENJAMIN B. WAGNER
                                                    United States Attorney

                                              By:   /s/Alyson A. Berg
                                                    ALYSON A BERG
                                                    Assistant U.S. Attorney
                                                    Attorneys for Defendant
                                                    United States of America

10 Dated: May 11, 2012

                                                    (As authorized 5/4/12)
                                                    /s/Glen M. Belovsky
                                                    Glen M. Belovsky
                                                    Attorneys for Plaintiffs

15                                    **ORDER**

17 IT IS SO ORDERED.

18 Dated:   May 7, 2012                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE