1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant United States of America

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11  AGUEDA GALVAN, SOPHIA ARCE, a minor,   )   Case No. 1:11-cv-02079 AWI-MJS
12              Plaintiffs,                )
                                           )   **STIPULATION FOR SUBSTITUTION
13     v.                                  )   OF UNITED STATES OF AMERICA AS
                                           )   DEFENDANT**;
14  REBECCA J. BROCK, M.D., DOCTORS        )
    MEDICAL CENTER OF MODESTO,             )
15  MODESTO ADVANCED IMAGING               )
    CENTER, GOLDEN VALLEY HEALTH           )
16  CENTERS, DOES 1 to 50,                 )
                                           )
17              Defendants.                )
                                           )
18

19     Plaintiffs Agueda Galvan and Sophia Arce, a minor ("Plaintiffs"), and Defendant United

20  States of America ("United States") hereby stipulate, by and through the undersigned counsel,

21  that the United States is hereby substituted as Defendant in this action, in place of Defendants

22  Rebecca J. Brock, M.D. and Golden Valley Health Centers. Plaintiffs and the United States

23  agree to this substitution because the Complaint alleges, among others, a tort claim based on

24  claimed medical malpractice, and under 28 U.S.C. § 2679 and 42 U.S.C. § 233, and the United

25  States is the proper defendant in such an action. Accordingly, the parties stipulate and agree that

26  the United States is hereby substituted as defendant, in place of Rebecca J. Brock, M.D. and

27  ///

28  ///

Golden Valley Health Centers, and base it on the above-stated good cause. The parties request the court to endorse this stipulation by way of formal order.

                                                    Respectfully submitted,

Dated: May 11, 2012                    BENJAMIN B. WAGNER
                                     United States Attorney

                              By:    /s/Alyson A. Berg
                                   ALYSON A BERG
                                   Assistant U.S. Attorney
                                   Attorneys for Defendant
                                   United States of America

Dated: May 11, 2012

                                   (As authorized 5/4/12)
                                   /s/Glen M. Belovsky
                                   Glen M. Belovsky
                                   Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED.

Dated:   May 7, 2012                 /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR SUBSTITUTION OF UNITED STATES OF AMERICA AS DEFENDANT