IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUEDA GALVAN, SOPHIA ARCE, a minor<br><br>Plaintiffs,<br><br>v.<br><br>REBECCA J. BROCK, M.D., DOCTORS MEDICAL CENTER OF MODESTO ADVANCED IMAGING CENTER, GOLDEN VALLEY HEALTH CENTER, DOES 1 to 50<br><br>Defendants. | 1:11-CV-02079 AWI MJS<br><br>**ORDER VACATING JULY 9, 2011 HEARING AND TAKING MATTER UNDER SUBMISSION**<br><br>(Doc. No. 23) |

Currently pending before this Court is Defendant United States of America's Motion to Dismiss. See Court's Docket, Doc. No. 23. This motion is set for hearing on July 9, 2012, at 1:30 p.m. in Courtroom 2. Plaintiffs have filed an opposition, and Defendant has filed a reply. See id. Doc. Nos. 24, 26. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of July 9, 2012, is VACATED, and the parties shall not appear at that time. As of July 9, 2012, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   July 3, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE